■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEXANDER J. KURAS, Appellant. (Appeal No. 2.) [852 NYS2d 919]—

It is hereby ordered that said appeal from the judgment insofar as it imposed sentence is unanimously dismissed (*see People v Haywood*, 203 AD2d 966 [1994], *lv denied* 83 NY2d 967 [1994]) and the judgment is affirmed.

Same memorandum as in *People v Kuras* (49 AD3d 1196 [2008]). Present—Hurlbutt, J.P., Smith, Fahey, Peradotto and Pine, JJ.